981 So.2d 507 (2008)
STATE FARM INSURANCE COMPANY, Appellant,
v.
Joan GUILFOYLE and Linda Coen, Appellees.
No. 5D07-1226.
District Court of Appeal of Florida, Fifth District.
April 1, 2008.
Rehearing Denied May 13, 2008.
Elizabeth K. Russo of Russo Appellate Law Firm, P.A., and Corless & Associates, PLC, Miami, for Appellant.
David C. Murray of Danahy & Murray, P.A., and Raymond T. Elligett, Jr. of Buell & Elligett, P.A., Tampa, for Appellees.
PER CURIAM.
AFFIRMED. See Jerkins v. USF & G Speciality Ins. Co., 33 Fla. Law Weekly *508 D763, ___ So.2d ____, 2008 WL 678667 (Fla. 5th DCA March 14, 2008).
PLEUS, MONACO, and COHEN, JJ., concur.